IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV288

| | |
|---|---|
| JANET ELAINE MEADOWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CINGULAR WIRELESS CORPORATION; )<br>CINGULAR WIRELESS, LLC; )<br>BELLSOUTH TELECOMMUNICATIONS, )<br>INC.; SBC COMMUNICATIONS, INC., )<br>)<br>Defendants. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court for dismissal.

The Plaintiff having failed to respond to the Court's Show Cause Order filed February 7, 2006,

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for Plaintiff's failure to prosecute.

Signed: March 1, 2006

Lacy H. Thornburg
United States District Judge